# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDREW HALL, | Case No. 1:22-cv-00382-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 2) |
| | **DEADLINE: APRIL 22, 2022** |

Plaintiff Robert Andrew Hall, filed a complaint on March 31, 2022, challenging a final decision of the Commissioner of Social Security denying his application for disability benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

However, with respect to the question regarding Plaintiff's former employment (question 2), Plaintiff does not provide a complete response to the question's prompt to "state the date of your last employment, the amount of your take-hone salary or wages and pay period and the name and address of your last employer." (Id. at 1.) Nor does Plaintiff fully respond to question 6, which requires Plaintiff to not only identify any dependents but also indicate how much is contributed to their support. (Id. at 2.) Plaintiff also indicates his wife earns a salary, but the details of this income are also unspecific. Thus, it appears Plaintiff's application was

not sufficiently completed for the Court to determine if he is entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3. Not later than **April 22, 2022**, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **April 1, 2022**

UNITED STATES MAGISTRATE JUDGE

2