# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDREW HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-00382-SAB<br><br>ORDER VACATING ORDER REQUIRING PLAINTIFF TO FILE A LONG FORM APPLICATION AS MOOT; AND DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>(ECF No. 3) |

On March 31, 2022, Plaintiff Robert Andrew Hall ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying an application for benefits under the Social Security Act. (ECF No. 1.) Plaintiff also filed an application to proceed *in forma pauperis* on the same day. (ECF No. 2.) On April 1, 2022, the Court issued an order denying Plaintiff's application to proceed *in forma pauperis* without prejudice and requiring Plaintiff to file a long form application no later than April 22, 2022. (ECF No. 3.) On April 22, 2022, Plaintiff paid the filing fee in full. Therefore, the Court finds it appropriate to vacate the order requiring Plaintiff to file a long form application. The parties are hereby directed to paragraph 1 of the scheduling order to be issued in this action, which provides that service of the Defendant shall proceed

under the Court's E-service program.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The April 1, 2022 order requiring Plaintiff to file a long form application (ECF No. 3), is VACATED;

2. The Clerk of the Court is DIRECTED to issue a summons and new case documents; and

3. The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **April 25, 2022**

UNITED STATES MAGISTRATE JUDGE