# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDREW HALL,<br><br>            Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:22-cv-00382-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 14) |

On September 6, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended from September 6, 2022, to October 6, 2022. (ECF No. 14.) The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

1.   The stipulated motion is GRANTED; and

2.   Plaintiff shall file an opening brief on or before October 6, 2022.

IT IS SO ORDERED.

Dated:   **September 6, 2022**

UNITED STATES MAGISTRATE JUDGE

1