# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDREW HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-00382-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES AND COSTS<br><br>(ECF No. 21) |

Robert Andrew Hall ("Plaintiff") filed the complaint in this action on March 31, 2022. (ECF No. 1.) On October 26, 2022, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 19, 20.) On January 23, 2023, the parties filed a stipulation for the award of attorney fees in the amount of $2,807.65, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and $402.00 in costs pursuant to 28 U.S.C. § 1920. (ECF No. 21.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

The Court notes that the body of the filing contains the incorrect name of the plaintiff at one point, referring to a "Casey D. Chavez-Reyes." The Court has located the case pertaining to that plaintiff, case no. 1:22-cv-00089-HBK. A similar stipulation was filed in that action on the same date, with the correct name appearing throughout, and with a stipulated amount well in excess of the amount here. (Case No. 1:22-cv-00089-HBK (ECF No. 18).) The Court presumes

1  that aside from the incorrect name in the body of the stipulation, the rest of the information
2  before the Court in the stipulation filed in this action is correct.
3      Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties,
4  Plaintiff is awarded attorney fees under the EAJA in the amount of $2,807.65, and $402.00 in
5  costs pursuant to 28 U.S.C. § 1920.

7  IT IS SO ORDERED.

8  Dated:   **January 23, 2023**                             _____
                                                             UNITED STATES MAGISTRATE JUDGE